UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | Case No. 3:11-00207 |
|---|---|
| v. | Chief Judge Haynes |
| LATONE ANTWAIN BRITTON | |

*[handwritten notations: "Denied", "This motion is Granted", initials]*

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING RESPONSE

The United States, by and through Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and J. Alex Little, Assistant United States Attorney, respectfully moves the Court to grant an extension of two (2) days to file its response, currently due today, November 16, 2012 until November 20, 2012.

The United States is working to prepare that response but will not have it completed today. The United States seeks a continuance because, on October 23, 2012, the undersigned started a multi-defendant trial, in the case of *United States v. Travis Gentry, et al.*, 3:11-cr-00082 (MDTN), before Judge Trauger. The undersigned's trial lasted an additional two weeks than expected and just ended today. The United States asks that the Court take into consideration the undersigned's professional obligations due to the trial and, on that basis, requests a two day extension of time to submit its response to the defendant's reconsideration motion.

WHEREFORE, the United States respectfully asks that the Court GRANT the government's motion for an extension of time to file a response.

1