United States District Court
Middle District of Tennessee
Nashville TN Division

RECEIVED IN CLERK'S OFFICE
FEB 26 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

United States Of America : No # 3:11-00207
v.                       : Judge Haynes
Latone A. Britton        :

ORDER

In light of the Order appointing new counsel, this motion is DENIED

Motion for Court Appointed Attorney as moot.

[signature] 3/1/13

Comes Now the "Pro Se" Applicant Latone Britton and moves this Court for Appointment of Competent Counsel and to remove counsel that this Court appointed for lack of performance or concern in Navigating Applicant through the legal hurdles involved in this case.

Facts

Counsel has been on defendant case sense Aug 30, 2011 and hasn't done anything the defendant has asked on behalf of defendants defense. On Aug 13, 2012 the Court held an Evidentiary hearing, on the defendant's motion while at that hearing, the defendant asked the Attorney to Cross-Examine Some one the Counsel Subpoenaed. Instead he said it would be best not to, being that the Prosecutor didn't bring anything up about the Search of the vehicle. Being that the Counsel didn't cross-examine the officer gave the prosecutor grounds to re-open the Evidentiary Hearing. Defendant feels the Counsel should have cross-examined the officer at the hearing. Defendant feels that it's in his best interest