IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 3:11-00207-01 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| LATONE BRITTON, | ) | |
| Defendant. | ) | |

## ORDER

Based on the Court's Order (Docket Entry No. 62) granting Defense counsel's motion to withdraw, the suppression hearing currently set for **Monday, March 18, 2013 at 10:00 a.m.** is continued in the interests of justice to allow Defendant to retain new counsel. Once new counsel is secured, the parties have thirty (30) days in which to submit a proposed order resetting the suppression hearing.

It is so **ORDERED**.

ENTERED this the 13th day of March, 2013.

WILLIAM L. HAYNES, JR.
Chief Judge
United States District Court