IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | Case No. 3:11-000207 (1) |
| | ) | Judge Haynes |
| LATONE BRITTON | ) | |

MOTION TO CONTINUE SUPPRESSION HEARING

*[Handwritten order in margin: ORDER. The motion to is Granted. Counsel to submit Agreed Order with new date and time for the hearing. [signature] 7-24-13]*

Comes now counsel for Latone Britton, Barry R. Tidwell, and move the Court to continue the suppression hearing that is currently set for Friday, July 26, 2013, at 10:00 a.m. to a later date convenient with the Court's calendar. As grounds for this Motion counsel would show the Court the following:

1. Pursuant to the Court's previous Order entered June 19, 2013, (DE 66) the parties entered an agreed Order setting the continuance of the previously filed motion to suppress for Friday, July 26, 2013 at 10:00 a.m.

2. Counsel for Mr. Britton has a conflict that has arisen that will take him out of the State of Tennessee on July 26, 2013. The conflict was not anticipated at the time of the filing of the Agreed Order but due to a schedule change counsel must pick up his daughter on Friday, July 26, 2013 in Searcy, Arkansas where she has attended a two (2) week Honors Symposium at Harding University.

3. Additionally, it is the understanding of counsel that the United States Attorney's Office will be substituting counsel for the government in this case very shortly. After speaking with current counsel for the