IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 3:11-00207 |
| | ) | CHIEF JUDE HAYNES |
| v. | ) | |
| LATONE BRITTON, | ) | |
| Defendant. | ) | |

## ORDER

Upon review of the file, counsel for all parties have 10 days to submit an Agreed Order for a hearing on all pending motions to suppress.

It is so **ORDERED**.

**ENTERED** this the _____ day of August, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court